DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS ROBERT BANASKY,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2023-2271

_____

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Thomas Robert Banasky, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.